WILLIAM ESTON et al., Plaintiffs, *v.* JOSEPH BACKER, Defendant.

Supreme Court, Special Term, Queens County, February 17, 1953.

*Nathaniel L. Goldstein, Attorney-General (Henry P. Lipscomb, Jr.,* of counsel), for Industrial Commissioner of the State of New York.

*Sidney Sugerman* for defendant.

*Siegelbaum, Rosenzweig & Palley* for plaintiffs.

CONROY, J. This is a motion by the Attorney-General of the State of New York to vacate and set aside a subpœna duces tecum served upon the Industrial Commissioner of the State of New York. Section 537 of the Labor Law is clearly mandatory

in its language and prevents the use, in any court in any action or proceeding pending therein unless the commissioner is a party therein, of information in his possession required by him in connection with unemployment insurance matters. The motion is granted and the subpœna is vacated.